IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fry, Pauline | Case Number: 05 B 53129 |
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 23, 2008
Confirmed: January 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 31,000.00 | |
| Secured: | | 26,026.19 |
| Unsecured: | | 0.39 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,684.11 |
| Other Funds: | | 589.31 |
| Totals: | 31,000.00 | 31,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Harris Bank | Secured | 26,026.19 | 26,026.19 |
| 3. | Harris Bank | Unsecured | 0.39 | 0.39 |
| 4. | BP Amoco | Unsecured | | No Claim Filed |
| 5. | Aspire Visa | Unsecured | | No Claim Filed |
| 6. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Union Plus | Unsecured | | No Claim Filed |
| 11. | Woodlawn Animal Hospital | Unsecured | | No Claim Filed |
| 12. | Vca Berwyn Animal Hospital | Unsecured | | No Claim Filed |
| | | | $ 28,726.58 | $ 28,726.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 385.00 |
| 5% | 150.00 |
| 4.8% | 288.00 |
| 5.4% | 378.00 |
| 6.5% | 390.00 |
| 6.6% | 93.11 |
| | $ 1,684.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Fry, Pauline

Printed: 11/25/08

Case Number:  05 B 53129
Judge:  Hollis, Pamela S
Filed:  10/13/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

